**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, ) | |
| ) | |
|     Plaintiff, ) | Case No. 0:13-CV-62819-JIC |
| ) | |
| v. ) | |
| ) | |
| HOLLYWOOD BEACH RESORT RENTAL ) | |
| PROGRAM, LLC, HHBR, LLC, THE ) | |
| HOLLYWOOD BEACH RESORT ) | |
| CONDOMINIUM ASSOCIATION, INC., and ) | |
| HOLLYWOOD BEACH HOTEL OWNERS ) | |
| ASSOCIATION, INC., ) | |
| ) | |
|     Defendants. ) | |
| ) | |

**JOINT SCHEDULING REPORT**

Plaintiff, Hawk Technology Systems, LLC ("Plaintiff"), and Defendants, HHBR, LLC,
The Hollywood Beach Resort Condominium Association, Inc. and Hollywood Beach Hotel
Owners Association, Inc. ("Defendants"), pursuant to the Court's Pretrial Order (DE # 6) and
S.D. Fla. L.R. 16.1, hereby submit the following Joint Scheduling Report:

    **A.**    **Likelihood of Settlement**.

The parties have discussed the possibility of settlement and will cooperate in an effort to
efficiently resolve this matter.

    **B.**    **The Likelihood of Appearance in the Action of Additional Parties**.

It is not currently anticipated by the parties that additional parties will be added to the
pleadings.

1

C.      **Proposed Limits on the Time.**

*i.*        Preliminary Infringement Disclosure(s):  Pursuant to this Court's Patent Pretrial Order dated February 4, 2014 (CM/ECF No. 8), Plaintiff served its Disclosure of Asserted Claims and Infringement Contentions upon Defendant, Hollywood Beach Resort Rental Program, LLC, on January 17, 2014.   On **April 21, 2014**, Plaintiff served its Amended Disclosure of Asserted Claims and Infringement Contentions to include Defendants, HHBR, LLC, The Hollywood Beach Resort Condominium Association, Inc. and Hollywood Beach Hotel Owners Association, Inc., for the purpose of adding the new defendants only.  No substantive changes were made.

Pursuant to the Court's Patent Pretrial Order, no amendments or supplements may be made to the Plaintiff's Infringement Contentions without leave of court, for good cause shown.

*ii.*       Preliminary Invalidity and Non-Infringement Disclosures:  Pursuant to this Court's Order dated February 4, 2014 (CM/ECF No. 8), Defendants shall serve their Invalidity Contentions upon Plaintiff by **June 12, 2014.**

Pursuant to the Court's Patent Pretrial Order, no amendments or supplements may be made to Defendant's Invalidity Contentions without leave of court, for good cause shown.

*iii.    To join other parties and to amend the pleadings.*

The Parties propose that the deadline to join other parties or to amend the pleadings be set for **July 21, 2014.**

D.      **Proposal for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims and Defenses.**

The parties will continue to work cooperatively to informally resolve as many issues as possible without the Court's assistance and to eliminate any frivolous claims and defenses.  As

the matter progresses, the parties will determine the number and timing of issues that may be resolved via summary judgment.

**E.      The Necessity or Desirability of Amendments to the Pleadings.**

Further investigation and discovery is required to determine the necessity or desirability of amendments to the pleadings. Accordingly, amendments to the pleadings may be necessary, and the parties request leaves of court to do so if necessary.

**F.      The Possibility of Obtaining Admissions of Fact, Electronically stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding the Authenticity of Documents, and the Need for Advance Rulings from the Court on the Admissibility of Evidence.**

At this time, the parties are not aware of the need for advance rulings from the Court on the admissibility of evidence. The parties will work cooperatively to facilitate the exchange of electronically stored information.  The parties will work together to stipulate to admissions of fact and to the authenticity of documents in order to minimize the need for advance rulings from the Court.

**G.      Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.**

The parties will work cooperatively to avoid the unnecessary proof and of cumulative evidence.

**H.      Suggestions on the Advisability of Referring Matters to a Magistrate Judge.**

The parties agree to refer this matter to a Magistrate Judge for resolution of discovery related issues only at this time.

**I.      A Preliminary Estimate of the Time Required for Trial.**

The parties anticipate that trial in this matter will take 5-7 days.

3

**K**.      **Any Other Information that Might Be Helpful to the Court in Setting the Case For Status or Pretrial Conference**.

The above-styled action is assigned to the Standard Track as referenced by Local Rule 16(1)(A)(2)(b).

Dated:  April 21, 2014

Respectfully submitted,

By: /s/Angela M. Lipscomb                          By: /s/Cory Lee Chandler
Angela Marie Lipscomb (31111)                      Cory Lee Chandler, Esq. (621552)
Lipscomb, Eisenberg & Baker, PL                    Spector Gadon & Rosen
2 South Biscayne Boulevard                         360 Central Avenue
Penthouse 3800                                     Suite 1550
Miami, FL 33131                                    St. Petersburg, FL 33701
786-431-2228                                       727-896-4600
Fax: 786-431-2229                                  Fax: 727-896-4604
Email: alipscomb@lebfirm.com                       Email: cchandler@lawsgr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2014, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By:  /s/ *Angela M. Lipscomb*
Angela M. Keith Lipscomb

4